IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN LICIAGA CASIANO | * |
| Plaintiff | * |
| v. | *   CIVIL NO. 06-1398 (JP) |
| METROPOLITAN LIFE INSURANCE CO. | * |
| Defendant | * |

**FINAL JUDGMENT**

The Court has before it a joint "Stipulation for Dismissal with Prejudice" filed by all parties hereto (**No. 21**). Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint against the defendants.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of December, 2006.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE